**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0002893**
**07-FEB-2014**
**09:09 AM**

NO. CAAP-13-0002893

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HEATHER SCUDDER, individually,
and as Personal Representative of the
ESTATE OF FRANCES ARLENE SMITH and ERIC SMITH,
Plaintiffs-Appellees,
v.
GREGORY K. EVANS, et al., Defendants-Appellants,
and
John Does 1-10, Jane Does 1-10, Doe Partnerships 1-10,
Doe Governmental Entities, 1-10, Defendants,

---

GREGORY K. EVANS, et al.,
Defendants/Third-Party Plaintiffs-Appellants,
v.
THE QUEEN'S MEDICAL CENTER, et al.,
Third-Party Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1677-07)


ORDER APPROVING THE JANUARY 21, 2014 STIPULATION FOR DISMISSAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the stipulation to dismiss appeal

(Stipulation) filed on January 21, 2014 by Defendants-Appellants

Gregory K. Evans, Ronald D. Howard, Inc. dba Superstar Hawaii Transit Service, and Paradise Cruise, Limited, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi, February 7, 2014.

Presiding Judge

Associate Judge

Associate Judge